IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE TARTER, :

        Plaintiff(s),                Case No. 3:11-cv-367
                                     Judge Walter Herbert Rice

   - vs -                            :

TRANS ACC, INC. et. al.,

        Defendant(s). :

---

**ORDER;**

---

Venue properly lying in The Cincinnati Division Of The Western Division Of This District, the above-captioned matter is hereby TRANSFERRED from the docket of the Honorable Walter Herbert Rice to the Cincinnati Division for reassignment.

It is so ORDERED.

January 4, 2012

                                                    WALTER HERBERT RICE, JUDGE
                                                    UNITED STATES DISTRICT COURT